| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Vakhe Khodzhayan**<br>**1010 N. Central Ave, Ste 450**<br>**Glendale, CA 91202**<br>**818-245-1340 Fax: 818-245-1341**<br>**261996**<br>**vahe@lawyer.com**<br><br>☑ Attorney for Movant<br>☐ *Movant appearing without attorney:* | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** ||
| In re:<br><br>**Areg Baghdassarians**<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: **2:15-bk-22765-NB**<br>CHAPTER: **11** |
| | **NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012)** |
| | This motion is being made under **ONLY ONE** of the following notice procedures:<br>☐ **No hearing unless request under LBR 9013-1(o)(4);**<br>☑ **Hearing set by Movant: LBR 9013-1(d);**<br>☐ **Hearing set on Shortened Notice: LBR 9075-1(b); or**<br>☐ **Hearing on Emergency Basis: LBR 9075-1(a).**<br><br>Date: 01/26/2015<br>TIME: 1:00PM<br>COURTROOM: 1545<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90012 |

**Creditor Name** (*Insert name of creditor holding collateral to be valued*): _____**SK VISION, LLC**_____

_____

1. **PLEASE TAKE NOTICE THAT** _____**Areg Baghdassarians**_____ (Movant) requests an order valuing the collateral described below. This motion does not request lien avoidance (see LBR forms F 4003 for lien avoidance involving principal residences and judicial liens).

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                                                 Page 1                                                         **F 3012-1.MOTION.VALUATION**

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Movant and the Movant's attorney and the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☐ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Movant pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☑ **Hearing Set by Movant; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on at least 21 days of notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Movant has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Movant will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Movant will provide written notice of a regular hearing date or other proposed disposition of this motion.

d. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a): Hearing Requested on Emergency Basis under LBR 9075-1(a)**: Movant has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Movant to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Movant will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

Date: 01/05/2016

By: _____

*Signature of Movant or Attorney for Movant*

Name: **Vahe Khodzhayan, Attorney fro Movant**

*Print Name of Movant or Attorney for Movant*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                    Page 2                    F 3012-1.MOTION.VALUATION

# MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL
## PURSUANT TO 11 U.S.C. § 506(a) AND FRBP 3012

**1. The Movant is (check one):**
- [x] The debtor
- [ ] A creditor
- [ ] The Official Committee of Creditors Holding Unsecured Claims
- [ ] Others (specify): _____

**2. The Collateral to be Valued:**

a. The Movant requests a determination of the value of the following collateral (Collateral).

- [x] **Real Property**
  *Street Address:* 4343 Vista Place,
  *Unit Number:*
  *City, State, Zip Code:* La Canada Flintridge, CA 91101

  Legal description or document recording number (including county of recording):

  That Portion of Lot 56 of Tract No. 6591, in the City of La Canada-Flintridge, County of Los Angeles, State of California, as per Map recorded in Book 77, Page 36 of Maps, in the Office of the County Recorder of said County, which lies Northeasterly of line drawn from a point in the Southeasterly line of said Lot, distant Northeasterly along said line, 75 feet from the most Southerly corner of said Lot, thence North 47°15' 08" West 66.10 feet; thence North 57°37' 16" West 62.67 feet, more or less, to a point in the Northeasterly line of said Lot, distant 92.52 feet Northeasterly thereon from the Southwesterly corner of said Lot.
  APN: 5810-019-007

  Parcel 2: that Portion of Lot 5 of Tract No. 4442 as per map recorded in Book 57, Page 89 of Maps, in the Office of the County Recorder of Said County, Described as Follows:

  Beginning at the most Northerly corner of Lot 56 of Tract No. 6591, as per Map recorded in Book 77, Page 36 of Maps, thence along the Northwesterly line of said Lot 56 South 54°59' West 148.88 feet to an angle point therein, thence North 23°27' 10" East Along the prolongation of the most Westerly Northwesterly line of said lot 56, to a point in the Easterly line of said Lot 5, thence South 12°41' 20" East to the Point of Beginning.
  APN: 5810-019-009

- [ ] **Personal Property**
  - [ ] Vehicle
    *Year, manufacturer, type, and model:*
    *Vehicle Identification Number:*
    *Location of vehicle (if known):*

  - [ ] Equipment:
    *Manufacturer, type, and characteristics:*
    *Serial number(s):*
    *Location (if known):*

  - [ ] Other Personal Property (describe type, identifying information, and location):

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                    Page 3                             F 3012-1.MOTION.VALUATION

☐    See attached page.

b. Purpose of the Valuation

☑    Treatment of the claim in a plan:

☐    Pursuant to 11 U.S.C. § 1322

☑    Pursuant to 11 U.S.C. § 1129

☐    Other
:_____

☐    Disposition or use of Collateral pursuant to 11 U.S.C. § 363;

☐    Other: (specify):    _____

c. Movant asserts that the value of the Collateral is $ **1,560,000** as of (date): **12/24/2015**
    Check One:
    ☐         Date bankruptcy case was commenced.
    ☑         Other(specify): **Effective date of the Plan**

**3. Liens Encumbering the Collateral:**

The Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of (applicable date) 12/24/2015 |
|---|---|---|
| 1st Lien: Caliber Home Loans, Inc. | $ 1,200,000.00 | $ 1,439,455.78 |
| 2nd Lien: Grandland International, Inc. | $ 200,000.00 | $ 200,000.00 |
| 3rd Lien: SK VISION, LLC | $2,600,000.00 | $ 2,950,000.00 |
| 4th Lien: National Bank of California | $763,686.00 | $ 763,686.00 |
|  |  |  |

☐ See attached page for additional lien(s).

**4. Determination of Secured/Unsecured Status:**
Based upon paragraphs 2 and 3 above, Movant asserts the following:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| 1st Lien: | $ 1,439.455.78 | $0.00 |
| 2nd Lien: | $ 200,000.00 | $0.00 |
| 3rd Lien: | $ 0.00 | $ 2,600,000.00 |
| 4th Line: | $ 0.00 | $ 763,686.00 |

☐ See attached page for additional lien(s).

**5. Evidence in Support of Motion:**

a.    Evidence establishing the value of the Collateral:

      ☐    Declaration of the debtor as owner of the Collateral
      ☑    Declaration of the expert witness
             ☑    Certified appraiser
             ☐    Other: _____
      ☐    Declaration of a party who can authenticate a market report e.g. Kelley Blue Book) pursuant to F.R.Evid. 803(17).
      ☐    Other:

b.     Evidence establishing the amount of the claims related to the liens encumbering the Collateral
      ☑    Declaration of the debtor as owner of the Collateral
      ☑    Declaration of a witness authenticating a document that is an admissible statement of a party opponent (e.g. proof of claim or a recent loan statement) pursuant to F.R.Evid. 801(d)(2).

      ☐    Other:

c.     Evidence establishing the priority of the lien encumbering the Collateral
      ☑    Declaration of the debtor as owner of the Collateral
      ☐    Other:

d.     ☑    Other evidence (specify): Liens according to their recording date.

**Based upon the foregoing, Movant requests that this Court value the Collateral as listed in paragraph 2.c. above and that the claims related to the liens encumbering the Collateral, listed in paragraph 3 above, are determined to be secured or unsecured as requested in paragraph 4 above.**

☐ See attached continuation page for additional provisions.

                          Respectfully submitted,

Date: 01/05/2016           By: [signature]

                          *Signature of Movant or Attorney for Movant*

          Name: **Vahe Khodzhayan**
                         *Printed Name of Movant or Attorney for Movant*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013           Page 5           **F 3012-1.MOTION.VALUATION**

# DECLARATION OF THE DEBTOR AS OWNER OF THE COLLATERAL IN SUPPORT OF MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL

1. I, AREG BAGHDASSARIANS declare that I am the debtor in this bankruptcy case.

2. I make this declaration of my own personal knowledge and if called as a witness, could and would testify thereto.

3. I am the owner of the collateral listed in paragraph 1 of the Motion for Order Determining Value of Collateral to which this declaration is attached.

4. My opinion of the value of the Collateral is $ __1,560,000.00__ as of 12/24/2015 based upon my personal knowledge, including but not limited to:

   ☑ Review of an appraisal (do not attach).
   ☑ Knowledge of comparable sales (do not attach).
   ☐ Other: _____

5. As of (applicable date), the Collateral is subject to the following liens in the amounts specified securing the debt against the Collateral:

| Names of Lien Holders in Order of Priority | Original Lien Amount | Balance of Lien Amount As of (applicable date) 12/24/2015 |
|---|---|---|
| 1st Lien: Caliber Home Loans, Inc. | $ 1,200,000.00 | $ 1,439,455.78 |
| 2nd Lien: Grandland International, Inc. | $ 200,000.00 | $ 200,000.00 |
| 3rd Lien: SK VISION, LLC | $2,600,000.00 | $ 2,950,000.00 |
| 4th Lien: National Bank of California | $763,686.00 | $ 763,686.00 |
| | | |

The foregoing balances are established by true and correct copies of filed proofs of claim, or recent loan statements, or other documents attached to this declaration as Exhibit A.

6. The purpose of the valuation is to provide for treatment of the claim of:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| 1st Lien: | $ 1,439.455.78 | $0.00 |
| 2nd Lien: | $ 200,000.00 | $0.00 |
| 3rd Lien: | $ 0.00 | $ 2,600,000.00 |
| 4th Line: | $ 0.00 | $ 763,686.00 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
*Signature*
AREG BAGHDASSARIANS
*Printed Name*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                Page 6                                F 3012-1.MOTION.VALUATION

# DECLARATION OF PAUL CHUA

I, PAUL CHUA, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am a certified real estate appraiser (Certificate # AG003489) for a company called Chua and Associates. I am certified to offer appraisal reports.

2. On or about 12/24/2015, I evaluated real property located at 4343 Vista Place, La Canada Flintridge, CA 91101, (hereinafter the "Real Property").

3. I completed an interior and exterior inspection of the Real Property.

4. Pursuant to my evaluation, the fair market value of the Real Property on or about December 24, 2015 was $1,560,000. Attached hereto as Exhibit __B__ is a true and correct copy of my evaluation of the Real Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2015 at Glendale, California.

_/s/ Paul Chua_
PAUL CHUA

- 1 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**delivery to chambers of Judge Bason**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __**1/05/2016**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eugene S Alkana on behalf of Petitioning Creditor SK Vision, LLC: eugenealkana@mindspring.com, kathy.wilber@yahoo.com
Melanie Scott Green on behalf of U.S. Trustee United States Trustee (LA): Melanie.green@usdoj.gov
Merdaud Jafarnia on behalf of Creditor U.S. Bank Trust, N.A., As Trustee For Lsf9 Master Participation Trust, Its Assignees And/Or Successors, By And Through Its Servicing Agent Caliber Home Loans, Inc. bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Vakhe Khodzhayan on behalf of Debtor Areg Baghdassarians: vahe@lawyer.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA): dare.law@usdoj.gov, ron.maroko@usdoj.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __**01/05/2015**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January  5, 2016** | **Ani Nalbandian** | **/s/ Ani Nalbandian** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2013*                                             Page 7                                              **F 3012-1.MOTION.VALUATION**

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Lienholder)<br>*Bank of America, National Association*<br>*100 North Tryon St*<br>*Charlotte, NC 28202*<br><br>Agent for Service of Process<br>(Name & Address)<br>CT Corporation Systems<br>818 W. Seventh Street, Ste 930<br>Los Angeles, CA  90017 | Address from:<br>☐ Proof of Claim<br>☑ Secretary of State<br>☑ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| Name of 1st Lienholder)<br>Caliber Home Loans, Inc.<br>3701 regent Blvd, Ste 200<br>Irving, TX  75063<br><br>Agent for Service of Process<br>(Name & Address)<br>CT Corporation Systems<br>818 W. Seventh Street, Ste 930<br>Los Angeles, CA  90017 | Address from:<br>☐ Proof of Claim<br>☑ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☑ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 1st Lienholder)<br><br>Agent for Service of Process<br>(Name & Address) | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| Name of 2nd Lienholder)<br>Grandland International<br>2301 Lee Ave.,<br>S. El Monte, CA 91733<br><br>Agent for Service of Process<br>(Name & Address)<br>Weijun Dai<br>2301 Lee Ave,<br>S. El Monte, CA  91733 | Address from:<br>☐ Proof of Claim<br>☑ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☑ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| Name of 2nd Lienholder)<br><br>Agent for Service of Process<br>(Name & Address) | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 2nd Lienholder) | Address from:<br>☐ Proof of Claim | Delivery Method<br>☐ US Mail |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                                        Page  8                             F 3012-1.MOTION.VALUATION

| Agent for Service of Process (Name & Address) | ☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | ☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|

| Name of 3rd Lienholder)<br>SK VISION, LLC<br>3608 Angelus Ave,<br>Glendale, CA 91208<br><br>Agent for Service of Process (Name & Address)<br>Greg Kurdoglanyan<br>3608 Angelus Ave,<br>Glendale, CA 91208 | Address from:<br>☐ Proof of Claim<br>☑ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☑ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 3rd Lienholder)<br>Law Offices of Eugene Alcana<br>131 N. El Molino Ave, Ste 310<br>Pasadena, CA 91101<br><br>Agent for Service of Process (Name & Address) | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
| Name of 3rd Lienholder)<br><br>Agent for Service of Process (Name & Address) | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

| Name of 4th Lienholder)<br>National Bank of California<br>12121 Wilshire Blvd 14th Fl<br>Los Angeles,CA 90025<br><br>Agent for Service of Process (Name & Address)<br>National Bank of California<br>12121 Wilshire Blvd 14th Fl<br>Los Angeles,CA 90025 | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☑ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|  |  |  |
|  |  |  |

| Altnerative/Additional Address (Name & Address) | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2013                        Page 9                        F 3012-1.MOTION.VALUATION

| | | |
|---|---|---|
| | | Tracking#____ |
| | | Carrier Name:____ |
| Altnerative/Additional Address (Name & Address) | Address from:<br>☐ Proof of Claim<br>☐ Secretary of State<br>☐ FDIC website<br>☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2013*                                                    Page 10                                                    **F 3012-1.MOTION.VALUATION**