**Eugene S. Alkana, #60411**
**LAW OFFICES OF EUGENE S. ALKANA**
**131 N. El Molino Ave., Suite 310**
**Pasadena, CA 91101**
**Tel (626) 796-8170, Fax (626) 795-6138**

Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>AREG BAGHDASSARIANS<br><br>Debtor. | CHAPTER 11<br><br>Case No. 2:15-bk-22765 NB<br><br>OPPOSITION TO DEBTOR'S MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL OF SECURED CREDITOR SK VISION, LLC<br><br>Date: 1/26/2016<br>Time: 1:00 PM<br>Ctrm: 1545 Roybal |

Secured Creditopr SK Vision, LLC ("SK") hereby opposes Debtor's pending motion to value SK's collateral, as set forth below

Date: January 13, 2016

LAW OFFICES OF EUGENE S. ALKANA

By: ______________________
Eugene S. Alkana
Attorney for Secured Creditor
SK Vision, LLC

ARGUMENT

Pursuant to 11 U.S.C. §506(a) an allowed claim of a creditor secured by a lien on property in which the estate has an interest is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property and an unsecured claim to the extent that the value of such creditor's interest is less than the amount of such claim. ''A claim such as a mortgage is not a secured claim to the extent that it exceeds the value of the property that secures it.'' Zimmer v. PSB Lending Corp. (In re Zimmer), 315 F. 3d 1220, 1223 (9th Cir. 2002). If the subject lien is junior to another deed of trust and the value of the property is less than the amount of the liens preceding the subject lien, the subject lien is wholly unsecured.

Debtor, in his motion, argues that there are first and second deeds of trust on the subject property, the value of which exceed the value of the property. Debtor claims the property to be valued at $1,560,000.00, with liens of $1,439,455.78 for the first deed of trust and $200,000.00 for the second. If those figures are correct, SK's third deed of trust would be unsecured.

SK has, however, secured an appraisal of the property showing the actual value at $2,100,000.00. If that figure is correct, even if Debtor is correct regarding the amounts of the first and second liens, SK's lien is secured and the motion should be denied.

There is another problem with Debtor's appraisal of the property. Debtor's appraiser determined the market value to be $1,800,000.00, but that value was reduced by $240,000.00, based on the engineering report of Barzegar Engineering and repair estimate from Cape Legacy, Inc. provided to him by Debtor. See page 11 of

32 of the appraisal report submitted by Debtor.

The appraiser may or may not have known that, in fact, Debtor is employed by Cape Legacy, Inc., the contractor who submitted the estimate. It is unknown what relationship Debtor may have with Leon Barzegar or Barzegar Engineering. The Court needs to assess the credibility of the engineering report and repair estimate. At best they are self-serving and of little evidentiary value. At worst, they represent an attempt to mislead the Court.

It is also interesting to note that Cape legacy, Inc. is a suspended California corporation that is currently not allowed to conduct business in the state.

## DECLARATION OF EUGENE S. ALKANA

I, Eugene S. Alkana, declare as follows:

1. I am an attorney admitted to practice before this Court and am the attorney of record for Respondent SK Vision, LLC.

2. In the regular course of my representation of my client in this case, I have been served with and have accessed through the Pacer system documents related to this case.

3. I have reviewed a document, docket number 39, entitled Supplemental Declaration Of Areg Bagdassarians Re Projected Future Income And Exposure Of Bankruptcy Estate To Income And Expenses And Upcoming Projects.'' This document was filed on November 3, 2015. In it, Debtor states, under penalty of perjury, that he is an employee of Cape Legacy, Inc., a general contractor. This is the same Cape Legacy, Inc. that submitted the so-called repair estimate referred to in Debtor's appraisal of the subject property. Exhibit B to that declaration is a letter from Edwin Melikian, principal of Cape Legacy, Inc., stating that Debtor is

employed as a superintendent of the company. Copies of the declaration and the attached letter are attached hereto as Exhibit 1 and are incorporated herein by reference.

4. In connection with the pending Motion For Relief From Stay filed by SK Vision, LLC in this case, SK submitted to the Court, on December 29, 2015, as docket number 63, an appraisal report of the subject property, performed by appraiser Mark Hatch, showing a value of $2,100,000.00. That appraisal was served on Debtor and his counsel. In the interest of saving paper and to avoid duplication of documents submitted, we are not including another copy of that appraisal with this pleading. A copy of the appraisal will be made available to anyone on request

5. I have asked Mark Hatch, who prepared the appraisal report for SK Vision, to prepare a critique of Debtor's appraisal report to attempt to clear up several discrepencies. That will be submitted to the Court as soon as it is ready.

6. I have accessed the website of the California Secretary Of State to determine the existence and status of Cape Legacy, Inc. According to the Secretary Of State, Cape Legacy, Inc. is suspended and therefore should not be conducting business in the state. This fact should have a significant bearing on the validity of the estimate submitted to Debtor by his employer. It also has an impact on Debtor's entire case, but that issue is not before the Court. A copy of the printout from the Secretary Of State is attached hereto as Exhibit 2 and is incorporated herein by reference.

I certify under penalty that the foregoing is true and correct and that this declaration was executed at Pasadena,

California on January 13, 2016.

Eugene S. Alkana

CONCLUSION

Debtor has failed to show that there is a legitimate basis to value the subject property at $1,560,000.00. His appraisal is flawed due to the attempt to ''lowball'' the value based on a so-called repair estimate provided by Debtor's employer and likely prepared by Debtor himself. Debtor needs to explain why he failed to advise the Court that his own employer prepared the estimate.

Debtor's own appraiser determined a value, exclusive of the questionable engineering report and repair estimate, of $1,800,000.00. Based on the amount of the liens in front of SK's lien, there would still be sufficient equity to cover a portion of that lien. The motion should be denied.

Date: January 13, 2016

LAW OFFICES OF EUGENE S. ALKANA

By:
Eugene S. Alkana

# Exhibit 1

Vakhe Khodzhayan (SBN261996)
KG Law
1010 N. Central Ave. Ste 450
Glendale, CA 91202
Tel: (818) 245-1340
Fax: (818) 245-1341
E-mail: vahe@lawyer.com

Attorneys for Debtor
AREG BAGDASSARIANS

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>AREG BAGDASSARIANS<br>Debtors | Case No: 2:15-bk-22765-NB<br><br>**SUPPLEMENTAL DECLARATION OF AREG BAGDASSARIANS RE PROJECTED FUTURE INCOME AND EXPOSURE OF BANKRUPTCY ESTATE TO INCOME AND EXPENSES AND UPCOMING PROJECTS** |

I, AREG BAGDASSARIANS, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1. I am a the debtor in this bankruptcy case number 2:15-bk-22765-NB
2. I file this declaration pursuant to describe in detail my upcoming projects and income derived from these projects.

3. My occupation is managing projects on contract basis with various construction contractors. I am not required to have a contractor's license since I manage projects for licensed contractors who are insured and bonded.

4. Currently I am working on a construction project for a property located at 1107 Via Alta Ave, Burbank, CA 91501. I manage the project for the general contractor.

5. The general contractor on the project is Cape Legacy, Inc. License number #999479. Attached hereto as Exhibit A is a true and correct copy of a printout from Contractors State License Board's Website showing the license detail for Cape Legacy, Inc.

6. My income is currently $6000 per month. Enclosed with this declaration as Exhibit B is a copy of a letter written by Edvin Melikian, the managing officer of Cape Legacy, Inc. evidencing my employment with the company.

7. I do not have any business expenses that are paid from my income. The only reason that my income is classified as self employment income is because I receive a 1099 from cape Legacy, Inc. and not a W2 paycheck.

8. Any contract for any construction project that I work on is made between clients and Cape Legacy, Inc. Cape Legacy, Inc., as a general contractor is the responsible party for any liability concerning the construction work performed. Cape Legacy carries liability insurance with International Insurance Company of Hanover, Policy Number HAN-00363515 with general aggregate liability limit of $2,000,000.00, and $1,000,000.00 for personal injury liability. It also carries workers compensation insurance with State Compensation Insurance Fund, Policy number 91241762015 with a liability limit of $1,000,000.00. Attached hereto as Exhibit C is a true and correct copy of the certificate of liability insurance evidencing the aforementioned coverage.

9. Company is also bonded. The bond in the amount of $12,500 is guaranteed by Suretec Indemnity Company (Bond number 127260.00). Attached hereto as Exhibit D are copies of the bond certificate and contractor's license.

10. I am not a party to any contract between the client and Cape Legacy, Inc. Thus, neither my bankruptcy estate nor I have any exposure to any liability concerning the work that I perform. I am only hired by cape legacy to manage the day to day work on the job site. Clients know me as a project manager of Cape Legacy, Inc who manages the day to day activities of the project. All contract negotiations and financial matters concerning the projects are handled by Cape Legacy, Inc. Attached hereto as Exhibit E is a copy of the contract for the project that I am working on currently. The contract is between Cape Legacy, Inc. and Antoine Gharabegi.

11. Because I manage the project on behalf of Cape Legacy, Inc, I am not required to have a contractor's license, insurance or bond. I do not perform separate construction work, and I do not contract with clients as a contractor.

12. After that, as of January 15, 2015 I will begin managing a construction project for a property located at 9920 Pinewood Ave, Tujunga, CA 91042. This project is again handled by Cape Legacy, Inc. and is expected to last at least 6 months. My income will be $6000 per month. The project is partial tear down and renovation of a residential property.

13. Same terms as discussed above and insurance policies will likely remain in place for the upcoming project.

14. Between August 14, 2015 and October 30, 2015 I received and deposited $15,000 in my debtor in possession account from my construction activities. My upcoming October monthly operating report will indicate my income.

15. I do not have any car payments. I own my car free and clear.

Executed on November 3, 2015 at Glendale, California.

AREG BAGDASSARIANS

Case 2:15-bk-22765-NB Doc 38 Filed 11/03/15 Entered 11/03/15 23:27:05 Desc Main Document Page 5 of 6

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **DECLARATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/03/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Eugene S Alkana on behalf of Petitioning Creditor SK Vision, LLC
eugenealkana@mindspring.com, kathy.wilber@yahoo.com
Melanie Scott Green on behalf of U.S. Trustee United States Trustee (LA)
Melanie.green@usdoj.gov
Vakhe Khodzhayan on behalf of Debtor Areg Baghdassarians
vahe@lawyer.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov, ron.maroko@usdoj.gov
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On 11/03/2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/03/2015 | Ani Nalbandian | /s/ Ani Nalbandian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

Grandland Intenrational
22301 Lee Ave
South El Monte, CA 91733

National Bank of Calilfornia
c/o Schwartz & Fenster
21700 Oxnard Street, Ste 1160
Woodland Hills, CA 91367

SK Vision, LLC
c/o Law Offices of Eugene Alkana
131 N. El Molino Ave, Ste 310
Pasadena, CA 91101

# EXHIBIT B

Cape Legacy Inc.

license # 999427

2629 Foothill Blvd. # 292 La Cresenta CA 91214 818-330-7030 email : capelegacyinc@hotmail.com

To whom it might concern:

We have hired Mr. Areg Baghdassarians as our job site superintendant to oversees our present and future projects.
He is hired by our company with a set compensation of $ 6,000 a month which he will receive a 1099 at the end of the year.
A copy of our company license, workman's comp policy as well as bond and liability insurance is enclosed.
I hope this will take care of your concerns regarding his employment and income.

Cordially,

*Edvin Melikian*

Cape Legacy Inc.

# Exhibit 2

common good privacy All people Liberty Speak Conscience without discrimination
California Secretary of State Alex Padilla

Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying

iness Entities (BE)
Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**
**Service Options**
**Name Availability**
**Forms, Samples & Fees**
**Statements of Information** (annual/biennial reports)
**Filing Tips**
**Information Requests** (certificates, copies & status reports)
**Service of Process**
**FAQs**
**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

# Business Search - Results

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, January 12, 2016. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " CAPE LEGACY " returned 1 entity record.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C3490598 | 06/25/2012 | FTB SUSPENDED | **CAPE LEGACY, INC.** | EDWIN MELIKIAN |

**Modify Search** **New Search**

**Privacy Statement** | **Free Document Readers**
Copyright © 2016 California Secretary of State

14

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3000 S. Robertson Blvd., Suite 215, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): Opposition To Debtor's Motion For Order Determining Value Of Collateral Of Secured Creditor SK Vision, LLC

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/13/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eugene S Alkana eugenealkana@mindspring.com, kathy.wilber@yahoo.com
Melanie Scott Green Melanie.green@usdoj.gov Vakhe Khodzhayan vahe@lawyer.com
Merdaud Jafarnia bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Dare Law dare.law@usdoj.gov, ron.maroko@usdoj.gov United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 01/13/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Areg Baghdassarians , 4343 Vista Place, La Canada Flintridge, CA 91011

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/13/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil W. Bason, U.S. Bankruptct Court, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2016 | Nathan Creeger | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**