United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 15-22765-NB
Areg Baghdassarians                                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2           User: dghaltchi           Page 1 of 1           Date Rcvd: Feb 25, 2016
                               Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2016.
db             +Areg Baghdassarians,    4343 Vista Place,    La Canada Flintridge, CA 91011-2912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2016 at the address(es) listed below:
              Dare Law    on behalf of U.S. Trustee    United States Trustee (LA) dare.law@usdoj.gov,
               ron.maroko@usdoj.gov
              Eugene S Alkana    on behalf of Petitioning Creditor    SK Vision, LLC eugenealkana@mindspring.com,
               kathy.wilber@yahoo.com
              Melanie Scott Green    on behalf of U.S. Trustee    United States Trustee (LA)
               Melanie.green@usdoj.gov
              Merdaud Jafarnia    on behalf of Creditor    U.S. Bank Trust, N.A., As Trustee For Lsf9 Master
               Participation Trust, Its Assignees And/Or Successors, By And Through Its Servicing Agent Caliber
               Home Loans, Inc. bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Vakhe Khodzhayan    on behalf of Debtor Areg  Baghdassarians vahe@lawyer.com
                                                                                             TOTAL: 6

PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, State Bar No. 089395
Assistant United States Trustee
Dare Law, State Bar No. 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
dare.law@usdoj.gov

**FILED & ENTERED**

FEB 25 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**AREG BAGHDASSARIANS**

　　　　　　　　　　Debtor

Case No.: 2:15-bk-22765 NB

Chapter 11

ORDER DISMISSING CASE WITH RESTRICTIONS AND JUDGMENT IN FAVOR OF THE UNITED STATES TRUSTEE

Date:  February 23, 2016
Time:  1:00 p.m.
Ctrm:  1545
255 E. Temple Street
Los Angeles, CA  90012

　　　The Court's continued Status Conference was heard on the date and time indicated above with appearances stated on the record.  Having reviewed the record in this case and having heard and considered all oral argument, for the reasons stated on the record and for good cause, it is hereby

　　　ORDERED that the case is dismissed, and it is

　　　FURTHER ORDERED that in accordance with 11 U.S.C. §109(g), for willful failure to properly prosecute this case, Debtor is prohibited from being a debtor in another bankruptcy *case* ~~petition~~ for a period of one hundred and eight (180) days from the entry of this order, and it is

　　　FURTHER ORDERED that that the United States Trustee is granted a judgment in the amount of six hundred and fifty dollars ($650.00) for quarterly fees.  Quarterly fees continue to

1

1 accrue until an order is entered and are assessed interest pursuant to 31 U.S.C. §3717 if not paid
2 timely *and it is*
3     *FURTHER ORDERED that this court shall retain jurisdiction to the fullest extent*
4 *permissible under applicable law, including over this court's authority to issue sanctions, if*
5 *appropriate.*

###

23 Date: February 25, 2016

                                        */s/ Neil W. Bason*
                                        Neil W. Bason
                                        United States Bankruptcy Judge